1  Lonnie D. Giamela (SBN 228435)
   lgiamela@laborlawyers.com
2  Sarina Saluja (SBN 253781)
   ssaluja@laborlawyers.com
3  FISHER & PHILLIPS LLP
   444 S. Flower Street, Suite 1590
4  Los Angeles, California 90071
   Telephone:  (213) 330-4500
5  Facsimile:  (213) 330-4501

6  Attorneys for Defendants
   COMPASS GROUP USA, INC., MORRISON MANAGEMENT
7  SPECIALISTS, INC. dba MORRISON HEALTH CARE, INC.

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  SHAWN WASHINGTON,                    Case No.:  3:14-cv-02481-LB

12              Plaintiff,
                                         **ORDER GRANTING DISMISSAL OF
13       vs.                             ACTION WITH PREJUDICE**

14  COMPASS GROUP USA, INC.;             **Fed. R. Civ. Proc. 41(a)**
    MORRISON MANAGEMENT
15  SPECIALISTS, INC. dba MORRISON
    HEALTHCARE, INC.; KINDRED
16  HEALTHCARE OPERATING, INC., and      Complaint Filed:     January 30, 2014
    DOES 1-20, inclusive,                Trial Date:          None set
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

                                    2
               [PROPOSED] ORDER GRANTING DISMISSAL OF ACTION

1    This cause came on before this Court on this date upon the Stipulation for Dismissal

2   with Prejudice filed herein by Plaintiff SHAWN WASHINGTON, and Defendants COMPASS

3   GROUP USA, INC., MORRISON MANAGEMENT SPECIALISTS, INC. dba MORRISON

4   HEALTH CARE, INC.

5    The Court having examined said Stipulation and being fully advised on its premises,

6   and good cause appearing:

7    **IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant in this matter are

8   DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorneys' fees, and

9   expenses.

10

11   DATED: _____February 4_____, 2015

12   _____

13   JUDGE LAUREL BEELER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION